**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**IN RE: PROCEDURES FOR
DISCOVERY MOTIONS**

Case No. 6:20-mc-2-Orl-DCI

**STANDING ORDER ON DISCOVERY MOTIONS**

In an effort "to secure the just, speedy, and inexpensive determination" of any action in which this Order is filed, Fed. R. Civ. P. 1, it is **ORDERED** as follows:

(1)   If a discovery dispute arises, the parties must confer **in person or via telephone** in a good faith effort to resolve the dispute before seeking court intervention. *See* Local Rule 3.01(g).

(2)   If the parties are unable to resolve the discovery dispute, a party may seek court intervention, but must do so by filing a Short-Form Discovery Motion in compliance with this Order. **Neither the Motion nor any response thereto shall exceed 500 words**, exclusive of caption, signature block, and certifications.

(3)   The Movant must attach to the Motion the discovery request and discovery response (if applicable) but need not otherwise comply with Local Rule 3.04(a).

(4)   If time-sensitive, the Motion must be filed and captioned as "expedited."

(5)   **Any party opposing the Motion shall file a response no later than five days after the Motion is filed** (*see* Fed. R. Civ. P. 6(a)); a failure to file a timely response will result in the Motion being deemed unopposed.

(6)   To resolve the dispute, the Court may: decide the dispute on the basis of the Motion and any response, set a hearing, or order further briefing.

(7)   In the Motion or response, a party may request additional briefing, but such a request must accompany, and not replace, the substantive argument.

(8)   The parties must continue to confer concerning the dispute and must promptly notify the Court if they resolve the Motion in whole or in part.

(9)   **If a hearing is set, the parties shall file a joint notice two days before the hearing** certifying ongoing conferral and stating which issues, if any, have been resolved.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose appropriate sanctions upon a finding of failure to comply with this Order or upon a finding of other discovery misconduct.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE